# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132928

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v                                                          SC: 132928
                                                           COA: 263184
                                                           Wayne CC: 04-012850-01
JAMES LOUIS-ALLEN BELL, a/k/a
JAMES BELL, JR.,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007                                    _____
                                                                        Clerk

d0416